IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MICHAEL ANTHONY BROWN,                                                               PETITIONER
REG. #11513-021

NO. 2:10CV00081-BSM-JTK

T C OUTLAW,                                                                           RESPONDENT
*Warden, FCI - Forrest City*

### ORDER

Petitioner has failed to file a Court-approved application to proceed *in forma pauperis*.

IT IS THEREFORE ORDERED that Petitioner submit either the $5.00 statutory filing fee or an *in forma pauperis* application within thirty (30) days of the entry-date of this Order. Petitioner's failure to comply with this Order will result in a dismissal of this action without prejudice. *See* Local Rule 5.5(c)(2).

The Clerk is hereby directed to immediately forward to Petitioner an *in forma pauperis* application.

IT IS SO ORDERED this 16th day of June, 2010.

_____
UNITED STATES MAGISTRATE JUDGE