IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MICHAEL ANTHONY BROWN,
REG. #11513-021                                                                                   PETITIONER

2:10CV00081BSM-JTK

T.C. OUTLAW, Warden,
FCI - Forrest City                                                                                RESPONDENT

## ORDER

Petitioner, a federal prisoner proceeding *pro se*, brings this 28 U.S.C. § 2241 petition for writ of habeas corpus (DE #1) and has paid the $5.00 statutory filing fee in full (DE #2). The Clerk of the Court will serve a copy of the petition and this Order on the respondent and the U.S. Attorney by regular mail.

The respondent will file an answer, motion or other response to the petition, in conformity with Rule 5 of the Rules Governing Section 2254 cases in the United States District Courts, within twenty (20) days after service of this petition, exclusive of the day of service.

The court directs the respondent to include in the response the following documents or information:

      1. The judgment of conviction;

      2. the docket sheet from the sentencing court evidencing the history of the proceedings;

      3. any order or opinion from the Court of Appeals dismissing a direct appeal by petitioner or affirming petitioner's conviction, or a citation to such order or opinion;

      4. any order of the district court dismissing a § 2255 motion to vacate or § 2241 petition filed by petitioner; and

5. any order or opinion from the Court of Appeals dismissing an appeal by petitioner from the denial of § 2255 or §2241 relief or affirming the denial of a §2255 motion or § 2241 petition, or a citation to such order or opinion.

IT IS SO ORDERED this 9th day of July, 2010.

                                                          _____
                                                           United States Magistrate Judge