IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**MICHAEL ANTHONY BROWN,**
**REG. #11513-021**                                                                            **PETITIONER**

**CASE NO. 2:10CV00081 BSM/JTK**

**T.C. OUTLAW, Warden,**
**FCI - Forrest City**                                                                            **RESPONDENT**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Jerome T. Kearney and the filed objections have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

SO ORDERED this 24th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE