# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### HELENA DIVISION

**MICHAEL ANTHONY BROWN,**
**REG. #11513-021**                                                                                                    **PETITIONER**

**CASE NO. 2:10CV00081 BSM/JTK**

**T.C. OUTLAW, Warden,**
**FCI - Forrest City**                                                                                                     **RESPONDENT**

## JUDGMENT

Pursuant to the order entered on this date, it is considered, ordered and adjudged that plaintiff's petition is DISMISSED with prejudice.

Dated this 24th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE